■ MILTON C. DAVID et al., Appellants, v CORNELIUS COMPANY, Respondent and Third-Party Plaintiff-Respondent. FIRESTONE TIRE AND RUBBER COMPANY et al., Third-Party Defendants-Respondents.—Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted summary judgment in favor of defendant. Plaintiffs failed to controvert unequivocal evidence submitted by defendant that it did not manufacture a Model 85-5 beverage tank and that it imprinted its name on every beverage tank it manufactured. Thus, defendant could not have distributed or sold the beverage tank which allegedly caused the injury. (Appeal from Order of Supreme Court, Cayuga County, Corning, J.—Summary Judgment.) Present—Dillon, P. J., Doerr, Balio, Lawton and Davis, JJ.

■ MICHAEL W. GRUBER, an Infant, by His Parent and Natural Guardian, LINDA GRUBER, et al., Appellants, v FAIRPORT CENTRAL SCHOOL DISTRICT, Respondent.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Crew III, J. (Appeal from Order of Supreme Court, Monroe County, Crew III, J.—Summary Judgment.) Present—Dillon, P. J., Doerr, Balio, Lawton and Davis, JJ. *[See,* 147 Misc 2d 545.]